WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCoy
703 Market St., Ste. 1407
San Francisco, CA 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff: HELEN TAN

# UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN TAN, et al., <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, et al., <br> Defendants. | Case No.: C-06-04697-TEH <br><br> **SUBSTITUTION OF ATTORNEY; PROPOSED ORDER** |

Plaintiff hereby makes the following substitution:

Plaintiff's former legal representative Helen Tan, located at 1969 Fulton St., #3, San Francisco, California, 94117. Plaintiff's new legal representative is Waukeen Q. McCoy, Law Offices of Waukeen McCoy, located at 703 Market Street, Ste. 1407, San Francisco, California 94103, Telephone no. is 415-675-7705, Telefacsimile No. is 415-675-2530.

I consent to the substitution

_/s/ Helen Tan_
Signature of Party

1

1 | I consent to this substitution

*Helen Tan*

Signature of Former Attorney

5 | I accept this substitution

*[signature]*

Signature of New Attorney

IT IS HEREBY ORDERED :

That Helen Tan is relieved as Plaintiff's counsel of record. The Law Offices of Waukeen McCoy, located at 703 Market Street, Ste. 1407, San Francisco, California 94103, is hereby Plaintiff's attorney of record.

Dated: _____ 2006

_____
Judge, US Dist. Court, Northern District

IT IS SO ORDERED
*[signature]*
Judge Thelton E. Henderson
11/13/06