MICHAEL BRUNO (SBN: 166805)
VAN T. NGUYEN (SBN: 199945)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys For Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (Erroneously sued as UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, and SAN FRANCISCO GENERAL HOSPITAL), LUCY WEIR, and MARGUERITE ROEMER

UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN TAN, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF CALIFORNIA SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL. LUCY WEIR, MARGUERITE ROEMER AND DOES 1-10, <br><br> Defendants. | CASE NO. C-06-04697 TEH <br><br> **STIPULATION TO CONTINUE MAY 7, 2007 MEDIATION DEADLINE AND [PROPOSED] ORDER** |

The undersigned, counsel of record for the Plaintiff HELEN TAN ("Plaintiff") and Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, LUCY WEIR and MARGUERITE ROEMER (collectively "Defendants"), respectively, on behalf of said parties, hereby AGREE and STIPULATE as follows:

WHEREAS, Case No. C-06-4697-TEH has an impending mediation deadline set for May 7, 2007;

WHEREAS, the parties agree that mediation at the pre-initial disclosures, pre-discovery and pre-deposition stage of this litigation would not be fruitful;

---

STIPULATION TO CONTINUE MEDIATION DATE               C-06-04697 TEH

1  WHEREAS, the parties seek to continue the mediation deadline to August 3, 2007 in
2  order for the parties to complete meaningful discovery prior to attending mediation;
3  NOW, THEREFORE, it is hereby AGREED and STIPULATED to extend the current
4  mediation deadline date of May 7, 2007 to August 3, 2007.
5  **IT IS SO STIPULATED.**
6  DATED: April 16, 2007                    GORDON & REES LLP

                                            By: _____/s/_____
                                                VAN T. NGUYEN
                                            Attorneys for Defendants
                                            THE REGENTS OF THE UNIVERSITY OF
                                            CALIFORNIA, LUCY WEIR and MARGUERITE
                                            ROEMER

12 DATED: April 16, 2007                    LAW OFFICES OF WAUKEEN Q. McCOY

                                            By: _____/s/_____
                                                WAUKEEN Q. McCOY
                                            Attorney for Plaintiff
                                            HELEN TAN

17                          [PROPOSED] ORDER

18  Good cause appearing therefore, IT IS SO ORDERED that the mediation date in this
19  matter is extended to August 3, 2007.

21  DATED: __04/17__, 2007   _____
                             HON. THELTON E. HENDERSON
                             JUDGE OF THE U.S. DISTRICT COURT

*(Signed: Judge Thelton E. Henderson, Northern District of California seal)*

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111