MICHAEL BRUNO (SBN: 166805)
VAN T. NGUYEN (SBN: 199945)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys For Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (Erroneously sued as UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, and SAN FRANCISCO GENERAL HOSPITAL), LUCY WEIR, and MARGUERITE ROEMER

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN TAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF CALIFORNIA SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL. LUCY WEIR, MARGUERITE ROEMER AND DOES 1-10,<br><br>Defendants. | CASE NO. C-06-04697 TEH<br><br>**STIPULATION TO CONTINUE AUGUST 3, 2007 MEDIATION DEADLINE AND ~~[PROPOSED]~~ ORDER** |

The undersigned, counsel of record for the Plaintiff HELEN TAN ("Plaintiff") and Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, LUCY WEIR and MARGUERITE ROEMER (collectively "Defendants"), respectively, on behalf of said parties, hereby AGREE and STIPULATE as follows:

WHEREAS, Case No. C-06-4697-TEH has an impending mediation deadline set for August 3, 2007;

WHEREAS, counsel for defendants has been and is still sick and unavailable and the parties have not fully reviewed the more than 5,000 pages of documents exchanged, the parties agree that mediation at the current time would not be fruitful;

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

WHEREAS, counsel have spoken with the mediator Baldwin Lee who has agreed that the mediation should not take place until the parties are properly prepared and accordingly, Mr. Lee has no objection or opposition to the continuance of the mediation deadline;

WHEREAS, the parties seek to continue the mediation deadline to September 7, 2007 in order for the parties to complete the two depositions currently agreed to, which will take place next week and sometime in August and to properly prepare for and attend mediation;

NOW, THEREFORE, it is hereby AGREED and STIPULATED to extend the current mediation deadline date of August 3, 2007 to September 7, 2007

**IT IS SO STIPULATED.**

DATED: July 16, 2007 GORDON & REES LLP

By: _________/s/_______________
VAN T. NGUYEN
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, LUCY WEIR and MARGUERITE ROEMER

DATED: July 16, 2007 LAW OFFICES OF WAUKEEN Q. McCOY

By: _________/s/_______________
WAUKEEN Q. McCOY
Attorney for Plaintiff
HELEN TAN

**~~[PROPOSED]~~ ORDER**

Good cause appearing therefore, IT IS SO ORDERED that the mediation date in this matter is extended to September 7, 2007.

DATED: 07/18, 2007

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson

________________
[T]. E. HENDERSON
U.S. DISTRICT COURT