IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN TAN, | No. C 06-04697 TEH |
| Plaintiff, | **CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| UNIVERSITY OF CALIFORNIA SAN FRANCISCO, | |
| Defendant. | |

TO ALL PARTIES and their Attorneys of Record:

PLEASE TAKE NOTICE that this case has been scheduled for a Case Management Conference before the Honorable Thelton E. Henderson. The Conference shall take place on **Monday**, **September 17, 2007 at 1:30 p.m.,** located at the Federal Building, 450 Golden Gate Avenue, 19th Floor in Courtroom 12., San Francisco, CA 94102.

Please contact the Courtroom Deputy Clerk, Rowena Espinosa, at (415) 522-2047 with any questions.

Dated: September 11, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____

Brenda Tolbert Deputy Clerk