1  MICHAEL BRUNO (SBN: 166805)
   VAN T. NGUYEN (SBN: 199945)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys For Defendant
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA (Erroneously sued as UNIVERSITY
7  OF CALIFORNIA, SAN FRANCISCO, and SAN
   FRANCISCO GENERAL HOSPITAL), LUCY
8  WEIR, and MARGUERITE ROEMER

9              UNITED STATES DISTRICT COURT

10          IN THE NORTHERN DISTRICT OF CALIFORNIA

11  HELEN TAN,                        )   CASE NO. C-06-04697 TEH
                                      )
12              Plaintiff,            )   **STIPULATION TO CONTINUE**
                                      )   **SEPTEMBER 7, 2007 MEDIATION**
13          vs.                       )   **DEADLINE AND ~~[PROPOSED]~~ ORDER**
                                      )
14  UNIVERSITY OF CALIFORNIA SAN      )
    FRANCISCO, SAN FRANCISCO GENERAL  )
15  HOSPITAL. LUCY WEIR, MARGUERITE   )
    ROEMER AND DOES 1-10,             )
16                                    )
                Defendants.           )
17                                    )
                                      )
18                                    )
                                      )
19  _____ )

20        The undersigned, counsel of record for the Plaintiff HELEN TAN ("Plaintiff") and

21  Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, LUCY WEIR and

22  MARGUERITE ROEMER (collectively "Defendants"), respectively, on behalf of said parties,

23  hereby AGREE and STIPULATE as follows:

24        WHEREAS, Case No. C-06-4697-TEH has an impending mediation deadline set for

25  September 7, 2007;

26        WHEREAS, counsel for defendant has not yet completed plaintiff's deposition which is

27  set for September 5, 2007 and counsel for plaintiff has not yet had the opportunity to depose any

28  witnesses, the parties agree that mediation at the current time would not be fruitful;

STIPULATION TO CONTINUE MEDIATION DATE                          C-06-04697 TEH

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    WHEREAS, counsel have spoken with the mediator Baldwin Lee who has agreed that the

2  mediation should not take place until the parties are properly prepared and accordingly, Mr. Lee

3  has no objection or opposition to the continuance of the mediation deadline and has offered

4  October 2, 3, and 8 as potential mediation dates;

5    WHEREAS, the parties seek to continue the mediation deadline to October 8, 2007 in

6  order for the parties to complete the two depositions currently agreed to, which will take place

7  next week and sometime in August and to properly prepare for and attend mediation;

8    NOW, THEREFORE, it is hereby AGREED and STIPULATED to extend the current

9  mediation deadline date of September 7, 2007 to October 8, 2007

10    **IT IS SO STIPULATED.**

11  DATED: September 7, 2007          GORDON & REES LLP

12

13                                    By: _____/s/_____
                                          VAN T. NGUYEN
14                                    Attorneys for Defendants
                                      THE REGENTS OF THE UNIVERSITY OF
15                                    CALIFORNIA, LUCY WEIR and MARGUERITE
                                      ROEMER
16

17  DATED: September 7, 2007          LAW OFFICES OF WAUKEEN Q. McCOY

18

19                                    By: _____/s/_____
                                          WAUKEEN Q. McCOY
20                                    Attorney for Plaintiff
                                      HELEN TAN
21

22                        ~~[PROPOSED]~~ ORDER

23    Good cause appearing therefore, IT IS SO ORDERED that the mediation date in this

24  matter is extended to October 8, 2007.

25

26  DATED: _____09/17_____, 2007

27                                                      _____ HENDERSON
                                                        _____ DISTRICT COURT
28

Judge Thelton E. Henderson

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111